United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS JOSUE VASQUEZ LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-01602 |
| v. | § | |
| | § | |
| WARDEN, Joe Corley Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER OF DISMISSAL**

The petitioner, Carlos Josue Vasquez Lopez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On June 29, 2026, the federal respondents filed an Advisory stating that the petitioner has been released from custody pursuant to Judge Ellison's order in Civil No. 4:26-cv-2972. (Dkt. No. 15). Because the petitioner has been released from custody, this habeas petition is moot.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice**. Any pending motions are **DENIED** as moot.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on July 7, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge